GIBBONS, Respondent, v. BROOKLYN UNION ELEVATED R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Action by Helen Gibbons, an infant, by Tobias Gibbons, her guardian ad litem, against the Brooklyn Union Elevated Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

GIBSON et al., Appellants, v. HEALY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Action by Hugo C. Gibson and another against Frank Healy and another. No opinion. Judgment affirmed, without costs.

In re GIRDER ST. IN CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) In the matter of the application of the City of Buffalo to acquire lands in fee simple for the purpose of widening Girder street, between Delavan avenue and Kensington avenue.

PER CURIAM. Order affirmed, without costs of this appeal to either party. Held: (1) That the appellant West is not entitled to substantial damages for the right of way; (2) that the Ziegle Brewing Company is not entitled to recover damages for the building as real estate, but only for the cost of moving and placing the same on adjoining premises. See In re Hawkstone St. in City of New York, 137 App. Div. 630, 122 N. Y. Supp. 316, affirmed 199 N. Y. 567, 93 N. E. 377; In re Briggs Avenue, 118 App. Div. 224, 102 N. Y. Supp. 1102.

GOODRICH, Appellant, v. ROCKWOOD, Respondent. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by George C. Goodrich against Nash Rockwood. G. L. Lewis, for appellant. H. C. Todd, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GORLITZER v. WOLFFBERG. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Appeal from Special Term, New York County. Action by Sigmund Gorlitzer against Solomon Wolffberg. From the granting of plaintiff's motion to substitute Betty Wolffberg, as administratrix, in place of Solomon Wolffberg, deceased, the substituted defendant appeals. On motion, question certified to the Court of Appeals for a determination. See, also, 133 N. Y. Supp. 1123. Jacob M. Guedalia, for the motion. Barnett L. Hollander, opposed.

PER CURIAM. This court on appeal affirmed the order appealed from, for the reasons stated by Mr. Justice Bischoff in Special Term. The question certified is: "Does the plaintiff's cause of action survive the death of the sole defendant; it appearing that upon the trial of the action the complaint had been dismissed and judgment entered thereon, but on appeal to this court, after the death of the defendant, the judgment was reversed and a new trial ordered?" Motion granted.

GOTTSHALL v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, Fourth Department. March 28, 1912.) Action by William S. Gottshall against the Pennsylvania Railroad Company. With this case has been consolidated in this court cases bearing titles as follows: Gardner Brockway, Respondent, v. Syracuse Lighting Co., Appellant; Phœbe Hatch et al., Respondents, v. Willis Luckman, Appellant; People ex rel. William Hatch et al., Respondents, v. Cornelius Carpenter et al., Appellants; In re Frederick M. Broadbrooks, as receiver, etc., for the removal of William E. Genno and another, etc., from certain premises in the City of Buffalo; Martin Luber, an infant, etc., Appellant, v. William J. Connors, Respondent. No opinions. The above cases, having been twice passed upon being reached in their regular order, are dismissed, with costs, under general rule 39.

GRAEFE, Appellant, v. NEW YORK DOCK CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by George Graefe against the New York Dock Company. No opinion. Judgment and order unanimously affirmed, with costs.

GREEN, Respondent, v. GREEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by Daisy Green against Albert L. Green. No opinion. Order affirmed, with $10 costs and disbursements.

GRIFFIN, Appellant, v. GRIFFIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by Delos Griffin against Mary K. Griffin and another.

PER CURIAM. Order affirmed, without costs.

HIRSCHBERG, J., votes to affirm, with $10 costs and disbursements.

GRZYWACZ, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1912.) Action by Stanislaw Grzywacz against the New York Central & Hudson River Railroad Company. No opinion. Judgment (74 Misc. Rep. 343, 134 N. Y. Supp. 209), affirmed, without costs of this appeal to either party. New trial to be had in justice's court on the 15th day of April, 1912, at 10 o'clock. a. m.

GUENTHER, Appellant, v. RIDGWAY CO., Respondent. GUENTHER PUB. CO. v. SAME. (Supreme Court, Appellate Division,